LATHROP & GAGE LLP
Jeffrey H. Grant (SBN 218974)
1888 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 789-4600
Fax: (310) 789-4601
Email: jgrant@lathropgage.com

Attorneys for Southern California Series
of Lockton Companies, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROOSEVELT LOFTS, LLC<br><br>    Debtors.<br><br>OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS for ROOSEVELT LOFTS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA SERIES OF LOCKTON COMPANIES, LLC, F/K/A LOCKTON INSURANCE BROKERS, LLC,<br><br>    Defendant. | Case No. 1:09-bk-14214-GM<br><br>Chapter 11<br><br>Adv. No. 11-01291-GM<br><br><br>SOUTHERN CALIFORNIA SERIES OF LOCKTON COMPANIES, LLC'S STATEMENT OF CORPORATE OWNERSHIP |

---

LOCKTON'S STATEMENT OF CORPORATE OWNERSHIP

1 **STATEMENT OF CORPORATE OWNERSHIP**

2 Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned
3 counsel for defendant the Southern California Series of Lockton Companies, LLC (a
4 non-governmental corporate entity) certifies that the Southern California Series of Lockton
5 Companies, LLC is a series of an Illinois series limited liability company, Lockton Companies,
6 LLC. The sole Member of Lockton Companies, LLC is Lockton Insurance Agency, Inc., a
7 Missouri Corporation, which also holds 100% of the Corporate Units of the Southern California
8 Series of Lockton Companies LLC. Several individual Producer Members own Producer Units of
9 the Southern California Series of Lockton Companies, LLC.

10

11 Dated: May 17, 2011                                    LATHROP & GAGE LLP

12

13

14                                                      By:_____/s/_____
                                                            Jeff Grant
15                                                      Attorneys for Southern California Series
                                                        of Lockton Companies, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28

1
LOCKTON'S STATEMENT OF CORPORATE OWNERSHIP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as **SOUTHERN CALIFORNIA SERIES OF LOCKTON COMPANIES, LLC'S STATEMENT OF CORPORATE OWNERSHIP** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 17, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **May 17, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 17, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|  | Dyana Estrada |  |
|---|---|---|
| Date May 17, 2011 | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                   F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

United States Trustee (SV)
21041 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
ustpregion16.wh.ecf@usdoj.gov
*U.S. Trustee*


Brigitte Gomelsky
Ian Landsberg
LANDSBERG & ASSOCIATES
16030 Ventura Blvd., Suite 470
Encino, CA 91436
(818) 855-5900
(818) 855-5910 Facsimile
bgomelsky@landsberglaw.com
ilandsberg@langsberglaw.com

*Official Committee of Creditors Holding
Unsecured Claims for Roosevelt Lofts, LLC*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                            F 9013-3.1.PROOF.SERVICE